1

2

3

4

5
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

6
FEDERAL TRADE COMMISSION,

7
            Plaintiff,

CIVIL NO. 06CV1952 WQH (JMA)

8
     v.

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

9
NEOVI, INC., d/b/a NEOVI DATA

10
CORPORATION and QCHEX.COM, et al.,

11
            Defendants.

12

13
     Upon consideration of Plaintiff's Motion for an Extension of Time to Respond to

14
Defendants' Motion for Summary Judgment (Doc. # 47), and the entire record, it is hereby

15
ORDERED that Plaintiff's motion is GRANTED.  It is hereby ORDERED that Plaintiff shall not

16
file its response to Defendants' Motion for Summary Judgment until after this Court rules on

17
Plaintiff's Motion to Deny or Stay Defendants' Motion for Summary Judgment Pursuant to Fed.

18
R. Civ. P. 56(f) (Doc. # 46) (the "Rule 56(f) Motion").  In the event the Court denies the Rule

19
56(f) Motion, Plaintiff shall file its opposition to Defendants' Motion for Summary Judgment

20
(Doc. # 41) twenty-one (21) days from the date of the Court's denial.

21
**IT IS SO ORDERED.**

22
DATED:  August 16, 2007

23
                           WILLIAM Q. HAYES

24
                      United States District Judge

25

26

27

28