UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,  )  | Case No. 06-CV-1952-JLS (JMA) |
| Plaintiff,  ) | **ORDER AFTER DISCOVERY CONFERENCE** |
| v.  ) | |
| NEOVI, INC., etc., et al.,  ) | |
| Defendants.  ) | |

On October 16, 2007, the Court conducted a telephonic Discovery Conference in the above-entitled case. Counsel for the parties and Defendant James Danforth participated in the conference.

The Court discussed with the parties the issue of allowing the FTC to access Defendants' computer system in order to retrieve certain discoverable information. The parties agreed upon the manner in which access to Defendants' computer system will be given to the FTC, with supervision of the FTC representative(s) by Defendants' technical network engineer and with the telephonic assistance of former employee Mr. Gossler. The parties shall

1  accomplish the accessing of Defendants' computer system as soon
2  as possible and not later than October 26, 2007.
3  **IT IS SO ORDERED.**
4  DATED:   October 16, 2007

```
                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge
```