FILED
2009 DEC 15 PM 4: 26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES M. DANFORTH, ) <br> THOMAS VILLWOCK ) <br> G7 PRODUCTIVITY SYSTEMS, INC., ) <br> ) <br> Defendant and ) <br> Judgment Debtors. ) | Court No. 06CV1952-JLS <br><br> ORDER FOR APPEARANCE <br> OF JUDGMENT DEBTORS <br><br> DATE: January 13, 2010 <br> TIME: 10:00 a.m. |

TO THE JUDGMENT DEBTORS:

Based on the foregoing declaration, it appears that this is a proper case for your appearance. Therefore, on application of plaintiff,

I ORDER YOU to appear in U. S. District Court, in the courtroom of Magistrate Judge William McCurine, Jr., at 940 Front Street, San Diego, California, on January 13, 2010, at 10:00 a.m., and answer concerning your property before the United States Magistrate Judge appointed referee to conduct the examination, and bring copies of your latest federal and state tax returns.

///

///

///

NOTICE TO JUDGMENT DEBTORS

IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING. Cal. Civ. § 708.110.

DATED: 12/14/09

*[signature]*
United States Magistrate Judge