UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>NEOVI, INC., d/b/a NEOVI DATA CORPORATION and QCHEX.COM;<br><br>G7 PRODUCTIVITY SYSTEMS, INC., d/b/a QCHEX.COM;<br><br>JAMES M. DANFORTH, individually, and as an officer of Neovi, Inc. And G7 Productivity Systems, inc.; and<br><br>THOMAS VILLWOCK, individually, and as an officer of Neovi, Inc.,<br><br>  Defendants. | Civil Case No. 06CV1952-JLS(JMA)<br><br>ORDER<br><br>[Tape No. JMA 10:44-10:55] |

Upon consideration of all parties' proposed agreement, the Court orders that Defendants will satisfy their judgment of $535,358.00, owed to the United States of America, in three separate payments as follows:

First Payment of $178, 452. 66 due January 25, 2010;

Second Payment of $178,452.67 due February 25, 2010;

Third Payment of $178,452.67 due March 25, 2010.

To the extent that any payments against the judgment have been paid or are subsequently paid by order of the Trustee in the bankruptcy proceedings for Neovi, Inc., the Third Payment shall be

reduced by such amount.

In addition, the Honorable William McCurine Jr.'s order of January 13, 2010, requiring full production of financial information to the United States Attorney's Office, must be complied with in the event of failure to abide by the payment terms above. Therefore, Judge McCurine's order requiring full production by January 29, 2010, is modified as follows:

If the first payment is not made on January 25, 2010, full document production must be made by January 27, 2010. If the first payment is made timely on January 25, 2010, full document production is postponed to February 26, 2010. If the second payment is made timely on February 25, 2010, full document production is postponed to March 29, 2010. If payment is made in full on March 25, 2010, the document production mentioned above is no longer required.

Finally, the parties acknowledge that this case is on appeal and any future modification of the judgment may result in some or all of the payments being refunded to Defendants.

SO ORDERED.

January 15, 2010
DATED

HONORABLE JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF CALIFORNIA