Edward Patrick Swan, Jr., State Bar No. 089429
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.699.2415
Fax No.: 619.645.5321

Attorneys for Defendants James M. Danforth and Thomas Villwock

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>NEOVI, INC., d/b/a NEOVI DATA CORPORATION and QCHEX.COM, et al.<br><br>    Defendants. | Case No. 06-CV-1952 JLS (JMA)<br><br>**DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR JAMES M. DANFORTH AND THOMAS VILLWOCK** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants James M. Danforth and Thomas Villwock hereby move to substitute Edward Patrick Swan, Jr. of Luce, Forward, Hamilton & Scripps LLP as counsel of record in place of James C. Stevens of the Law Office of James C. Stevens.

Please add to the service list as counsel for James M. Danforth and Thomas Villwock:

/ / /

/ / /

/ / /

/ / /

```
 1  Edward Patrick Swan, Jr., State Bar No. 089429
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
 2  600 West Broadway, Suite 2600
    San Diego, California 92101-3372
 3  Telephone No.: 619.699.2415
    Fax No.: 619.645.5321
 4  pswan@luce.com

 5

 6      I consent to the foregoing substitution.

 7  DATED: June 24, 2010        LAW OFFICE OF JAMES C. STEVENS
 8

 9
                                By: s/James C. Stevens
10                                  James C. Stevens

11

12      I accept the foregoing substitution.

13  DATED: June 24, 2010        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

14

15                              By: s/Edward Patrick Swan, Jr.
                                    Edward Patrick Swan, Jr.
16                                  Attorneys for Defendants James M. Danforth and
                                    Thomas Villwock
17

18      I consent to the foregoing substitution.

19  DATED: June 24, 2010

20

21                              By: [signature]
22                                  James M. Danforth

23

24  DATED: June 24, 2010

25

26                              By: [signature]
                                    Thomas Villwock
27

28  101264759.1
```

## PROOF OF SERVICE

*Federal Trade Commission v. Neovi, Inc., et al.*
United States District Court Case No. 06-CV-1952 JLS (JMA)

I, declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On June 24, 2010, I served the following:

**DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANTS JAMES M. DANFORTH AND THOMAS VILLWOCK**

on the interested parties in this action by:

__XX__   **ELECTRONIC SERVICE:** I hereby certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

following are those who are currently on the list to receive e-mail notices for this case.

- **Sana Coleman Chriss**
  schriss@ftc.gov
- **Carmen L. Christopher**
  cchristopher@ftc.gov
- **Arturo A. DeCastro**
  adecastro@ftc.gov
- **Russell Deitch**
  rdeitch@ftc.gov
- **Korin K. Ewing**
  kewing@ftc.gov
- **John D Jacobs**
  jjacobs@ftc.gov
- **Lara S Kaufmann**
  lkaufmann@ftc.gov
- **John H L'Estrange , Jr**
  jlestrange@wllawsd.com,rjohnson@wllawsd.com,djohnson@wllawsd.com
- **Carol M Lee**
  carol.lee@usdoj.gov,efile.dkt.civ@usdoj.gov

- **Patricia Poss**
  pposs@ftc.gov

- **Christine M Reilly**
  creilly@loeb.com,mmallow@loeb.com

- **Laura Schneider**
  lschneider@ftc.gov

- **James C Stevens**
  jimstevens@cox.net

**Manual Notice List**

- (No manual recipients)

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on June 24, 2010.

/s/Edward Patrick Swan, Jr.
Edward Patrick Swan, Jr.

101266079.1